UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| -v.- | 20 Misc. 0079 (KPF) |
| PLEATERS, STITCHERS & EMBROIDERERS ASSOCATION, INC., | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The United States, as part of the United States Department of Justice Antitrust Division's "Judgment Termination Initiative," has moved for termination of the consent judgment in *United States* v. *Pleaters, Stitchers & Embroiders Assoc., Inc.*, Civil Action No. 96-390. (Dkt. #1). The consent judgment was initially entered on November 12, 1954, and has remained in place ever since. (*Id.*). The Government has represented that Defendant in the original action no longer exists, and therefore there is little reason to leave in place the judgment. (*Id.*). Moreover, the Government has represented that it provided adequate notice of its intent to seek termination of the judgment, and that there was no public opposition in response to that notice. (*Id.*). Given these circumstances, the Court agrees that the reasons animating the entry of the consent judgment are no longer live.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the final judgment in Civil Action No. 96-390 is hereby terminated. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: February 11, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge